[No. 8370-8-I. Division One. February 9, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT
FILES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79-8-00880-1, T. Patrick Corbett, J., entered
December 4, 1979. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Durham and Corbett, JJ.

[No. 8885-8-I. Division One. February 9, 1981.]

EDWARD D. CAMPBELL, *Appellant*, v. THE STATE
OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 855608, David C. Hunter, J., entered February
16, 1979. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Ringold, A.C.J., and Durham, J.

[No. 8004-1-I. Division One. February 9, 1981.]

EDWIN ODUM, *Respondent*, v. BERNADINE FASSO,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 850032, Barbara J. Rothstein, J., entered
August 23, 1979. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James, C.J., and Callow, J.